UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>VICTOR CARRASQUILLO,<br><br>Supervisee. | No. 08-cr-1295-1 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Supervisee, postmarked June 26, 2020 but received in chambers on July 2, 2020, requesting early termination of his supervised release. IT IS HEREBY ORDERED THAT the government shall file a letter by Friday, July 17, 2020 setting forth its position on Supervisee's motion. The Clerk of Court is respectfully directed to mail a copy of this order to Supervisee.

SO ORDERED.

Dated:   July 2, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Victor Carrasquillo
(Address Number, Street, Unit) –
(Address City, State, Zip)

VICTOR CARRASQUILLO
17 CHERRY STREET
MILFORD, CT. 06460

April 15, 2020

The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States of America v. Victor Carrasquillo 1:08-cr-01295 (RJS)
> DOJ Inmate Number 62584-054

Dear Judge Sullivan:

I write to request early termination of supervised release in connection with my release from federal custody on November 10, 2016.

As Your Honor may recall I was sentenced to 120 months of imprisonment on December 8, 2010 after pleading guilty to conspiracy to distribute and possess with intent to distribute marijuana in violation of 21 U.S.C. § 846; conspiracy to commit money laundering in violation of 18 U.S.C. § 1956; conspiracy to commit currency structuring in violation of 18 U.S.C. § 371 and conspiracy to distribute and possess with intent to distribute cocaine in violation of 21 U.S.C. § 846 in the above referenced action.

On November 1, 2014 the United States Sentencing Commission amended the United States Sentencing Guidelines Manual to lower the guideline range for certain categories of offenses involving drugs. The Sentencing Commission also adopted an amendment to § 1B1.10 of the Guidelines authorizing effective November 1, 2014 retroactive of the amendment. I was granted supervised release from Federal Custody on November 10, 2016

Incarceration had a profound effect on me. Most importantly it has changed be for the better. During my imprisonment I learned to the value the freedoms and liberty which I squandered. Additionally I ... (List any achievements, courses completed, accomplishments).

Upon release I obtained gainful employment as a driver for a well known car and limousine service. I steadily rose through the ranks from driving well known figures from sports and entertainment to becoming the personal chauffeur to one of the most prominent real estate developers in New York City.

I have worked diligently to reconnect with my children and mend my relationship with my family.

During my sentencing Your Honor implored me to change the way I lived and to learn from my mistakes. The Court's words resonated within me. From that moment forward I resolved to make amends. I have atoned for my misdeeds and I have conducted myself in an exemplary manner. Having abided by the regulations of the Bureau of Prisons and the conditions of my release I ask the Court to grant my request an early termination of my parole.

Respectfully submitted

Victor Carrasquillo

## ORDER

Pursuant to 18 U.S.C. 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Carrasquillo for the reasons set forth above.

Dated:

_____

Honorable Richard J. Sullivan,
United States District Judge

Victor Carrasquillo
17 CHERRY STREET
Milford, CT. 06460

HARTFORD CT 051
26 JUN 2020 PM 6 L

THE Honorable Richard J. Sullivan, U.S.
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

10007-130058