UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

VICTOR CARRASQUILLO,

Supervisee.

No. 08-cr-1295-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court has scheduled a proceeding for Supervisee Victor Carrasquillo to appear before this

Court on Wednesday, July 29, 2020 at 11:00 a.m. to discuss his motion for early termination of his

supervised release.  In light of the ongoing COVID-19 pandemic, IT IS HEREBY ORDERED THAT

the proceeding on July 29, 2020 at 11:00 a.m. will take place by Skype for Business videoconference.

IT IS FURTHER ORDERED THAT no later than 5:00 p.m. on Friday, July 24, 2020 the parties must

jointly email the Court a list of persons who anticipate speaking during the videoconference, including

counsel, Mr. Carrasquillo, and Mr. Carrasquillo's supervising probation officer.  The email should

also provide the telephone numbers or Skype for Business account name from which each of those

persons expect to join the call.  Chambers will email the parties directly in due course with further

instructions for accessing the videoconference.

Members of the public may monitor the proceedings via the Court's free audio line by dialing

1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:       July 20, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation