UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

VICTOR CARRASQUILLO,

               Supervisee.

No. 08-cr-1295-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Now before the Court is Supervisee's request for early termination of his supervised release (Doc. Nos. 130, 132), which the government does not oppose in light of Supervisee's "sustained success on supervised release, his employment, his continued sobriety, his family circumstances, and Probation's assessment" (Doc. No. 133).  The Court has carefully considered the parties' submissions and HEREBY ORDERS THAT Supervisee's request for early termination of his supervised release is GRANTED.  The Court extends its best wishes for Mr. Carrasquillo's continued success in all his future endeavors.

SO ORDERED.

Dated:     July 29, 2020
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation